# Third District Court of Appeal

## State of Florida

Opinion filed March 8, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-866
Lower Tribunal No. 20-14732

————————

**Marcum, LLP,**
Appellant,

vs.

**Barry E. Mukamal,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Vincent F. Vaccarella, P.A., and John A. Moore (Fort Lauderdale); and Kula & Associates, P.A., and Elliot B. Kula and W. Aaron Daniel, for appellant.

Dorta Law, and Gonzalo R. Dorta; and Schillinger Law, P.A., and David E. Schillinger, for appellee.

Before HENDON, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.